UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN SURABIAN
                Plaintiff

       V.

HSBC BANK USA, NA
                Defendants

CIVIL ACTION

NO. 10CV10643-RWZ

## JUDGMENT

ZOBEL, D. J.

In accordance with the Order entered on 5/10/10; Judgment is entered dismissing the complaint without prejudice.

                                                  By the Court,

5/10/10                                         s/ Lisa A. Urso
Date                                            Deputy Clerk