UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN SURABIAN
      Plaintiffs,
v.                                              Civ. No. 1:10-cv-10643-RWZ
HSBC BANK USA, NA as TRUSTEE
SEQUOIA MORTGAGE TRUST 2004-6
      Defendant.

## PLAINTIFFS ANSWER TO DEFENDANTS MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT

Plaintiffs object to Defendants Motions pursuant to Rules 12(b)(6) and 12(e) of the Federal Rules of Civil Procedure.

### INTRODUCTION

This jury demand action arises out of an attempted illegal foreclosure by the Defendant on the Plaintiffs property. Defendants were informed of this dispute by the Plaintiffs See Exhibit "A" of the Defendants NOTICE OF REMOVAL, Plaintiffs JURY DEMAND VERIFIED COMPLAINT . Defendants moved this case from State Court to this court on April 16, 2010 see SUMMONS AND ORDER OF NOTICE there was a Motion Hearing for Preliminary Injunction in Massachusetts Superior Court to be heard April 22, 2010. After moving Complaint to Federal Court Defendants claim to have sold the property at a foreclosure auction. See attached Exhibit "A" On page 2 of 2 of CIVIL COVER SHEET dated April 16, 2010 #8 was checked of NO, yet there is a JURY DEMAND. Surabian claims that the mortgage, currently held by HSBC, should be discharged because that is not a mortgage Surabian signed for, No Notary seals on signature of

what is claimed by Defendant to be Steven Surabians signature on the four page ADJUSTABLE RATE NOTE and No Stephanie. Plaintiff claims at least first three pages were just attached to this document prior to recording.(See Exhibit "D" of the Complaint) Plaintiff claims page 1-13 of the Mortgage was attached to page 14 which has both signatures Notarized. Plaintiff claims these first thirteen pages were not the thirteen pages signed by Steven and Stephanie. (See Exhibit "E" of Plaintiffs VERIFIED COMPLAINT.

## FACTUAL BACKGROUND

On the 23rd day of April, 2004, Steven Surabian and Stephanie LaFlash-Surabian purchased a parcel of property located at 85 Pond Street, Yarmouth, Massachusetts (the "property" )

Steven Surabian did not obtain a loan to finance the property in the amount of $201,750. The Surabians never granted a mortgage$201,750 to Mortgage Electronic Registration Systems, Inc. ("MERS"). The Notarized signatures were not for what was recorded, there fore the Surabians could not default under the terms of that Note.

On December 21, 2009, MERS executed an Assignment of Mortgage assigning its interest in the Mortgage to HSBC (the"Assignment") this is not proof that the Mortgage is legal or in fore cable under the law . HSBC should have noticed these discrepancies. If the Note had NO SIGNATURES would they claim Surabians still owe and continue with FORECLOSURE?

Defendant claims in Massachusetts all pages do not need to be Notarized. The intent of Massachusetts was not so you could attach any prior pages to a signature and thus those pages become part of that document.  See Exhibit "E" of the Complaint the so called fifteen page

Mortgage. Page 14 of 15 is the signature of Steven Surabian and Stephanie with a Notary Seal but the previous thirteen pages do not belong with that document. This may have been an honest mistake or intentional on the part of whom ever recorded that document. Someone one took some money but that someone was not Steven Surabian. Exhibit "D" & "F" of the Complaint are the same as the above no signature or Notary Seal were there is a signature.

Plaintiffs were informed by the Defendant that they intended to foreclose under those disputed documents and now that have foreclosed.

On March 25, 2010 the Plaintiffs were forced to file their Verified Complaint Jury Demand. The Plaintiffs seek to invalidate the Mortgage and to recover damages caused by this continued attempt to foreclose based on fradulent documents.

## ARGUMENT

A.   Defendants claim Stephanie did sign the note and to see Exhibit "D" of the Complaint. This is untrue, Stephanie signature is not on those four pages. The Mortgage Signed for was not the Mortgage recorded. Therefore the Surabians did not authority to foreclose. As a results, Defendants argument fails as a matter of law.

The claim by the defendant that no need to show proof that pages attached to a signature are the pages agreed to simply is not true. If that were so parties could legally switch pages and attach pages more likeable to that party.

B.   Surabian Did Set Forth Sufficient Facts To State A Claim for Relief.

Steven Surabian did not default under the terms of the note because the note is not a legal. This was expressed in the complaint and was not simply asserted, in conclusory fashion, that the Mortgage and Note should be discharged or that HSBC should be enjoined from foreclosing until

the "disputed Mortgage and Note are resolved." There was Exhibits in the Complaint to support the Plaintiffs claim.

Cases sited by the Defendant are not relevant to this case. The Surabians' allegations are not unsupported, there was support supplied as Exhibits in the Complaint.

HSBC not only "FAILED to follow the necessary requirements for foreclosure exactly, but went ahead with the foreclosure after moving Complaint to Federal Court.

## CONCLUSION

For the foregoing reason, this court should Dismiss the Defendants Motions.

*Steven Surabian* Pro se
1230 Rt. 28
South Yarmouth Ma 02664
508-688-4613

Dated: MAY 07, 2010

## CERTIFICATE OF SERVICE

I, Steven Surabian, certify that a true and accurate copy of the foregoing document was mailed on this 7th day of May, 2010 was mailed postage paid to the defendants attorney, Joseph P. Calandrelli, Prince, Lobel, Glovsky & Tye LLP, 100 Cambridge St., Suite 2200 Boston, Ma 02114

Steven Surabian

# HARMON LAW OFFICES, P.C.

150 CALIFORNIA STREET
NEWTON, MASSACHUSETTS 02458
TEL (617) 558-0500
FAX (617) 244-7304

*SERVING MASSACHUSETTS, NEW HAMPSHIRE AND RHODE ISLAND*

May 3, 2010

Occupant
85 Pond Street
Yarmouth, MA 02664

Re:   Conveyance of 85 Pond Street, Yarmouth, MA 02664

To Whom It May Concern:

You are hereby notified pursuant to Massachusetts General Laws Chapter 244, Section 15A that the above-referenced property has been sold at a foreclosure auction. The new owner is GMAC Mortgage, LLC of 1100 Virginia Drive P.O. Box 8300, Fort Washington, PA 19034.

Very truly yours,

Harmon Law Offices, P.C.

200901-2726 - Surabian, Steven/Surabian, Stephanie

EXhIBIT "A"

REV MAY 07